

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00164-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| VICENTE MUNOZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20120D03021) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the suppression order. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)